13 CV 0162

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JAN 03 2013
PRO SE OFFICE

Zyhdi Cizmja

A# 074-655-403

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

DEPARTMENT of HOMELAND
SECURITY

U.S. CITIZENSHIP & IMMIGRA
TION SERVICE

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes  ☑ No

(check one)

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name         Zyhdi Cizmja
              Street Address   5954  Madison  Street  Apt 1
              County, City     Ridgewood, N.Y. 11385
              State & Zip Code   New-York    11385
              Telephone Number  (718) 628 1828

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name         DEPARTMENT of HOMELAND SECURITY
                  Street Address   26 Federal Plazza 7th Floor

*Rev. 05/2010*

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 2        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 3        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 4        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions                    ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____AFTER  INTERVIEW  FOR  CITIZENZENSHIP_____

_____USCIS  HAS NOT  MADE  A DETERMINATION  OF  MY APPLICATION_____

_____WITHIN  120  DAYS_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____ALBANIAN_____

Defendant(s) state(s) of citizenship _____N/A_____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _FEBRUARY 9, 2012_

___

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

___

I'M AROUND 330 DAYS PASSED, I HAVE RIGHT TO REQUES A HEARING OR A PETION IN U.S. DISTRICT COURT

C.    Facts: ___

| | |
|---|---|
| What happened to you? | ON FEBRUARY 9, 2012 I WAS FBI INTERVIEW FOR CITIZENSHIP IN JACKSON AVE LONG ISLAND CITY OTHERWISE "DEPARTMENT OF |
| Who did what? | HOMELAND SECURITY" U.S. CITIZENSHIP AND IMMIGRATION SERVICES. SINCE THAN I WAS THREE TIMES IN ABOVE MENTIONED OFFICES. MARCH 2012, |
| Was anyone else involved? | MAY 2012 AND OCTOBER 2012. IN THE END OF AUGUST 2012 I SENT A CERTIFIED MAIL. STILL, THE CASE IS PENDING AND NOT DETERMINATION IS MADE JUST |
| Who else saw what happened? | 330 DAYS PAST. THE RULES IS IF YOU DON'T HAVE ANY determination made in YOUR application within 120 DAYS of Date of Examination I have right to request A HEARING IN DISTRICT COURT |

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ___

N/A

___

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

J WANT   THE   COURT   TO   ORDER

"DEPARTMENT OF   HONELAND   SECURITY

OR   "U.S. CITIZEN SHIP   AND   IMMIGRATION   SERVICES"

TO RESOLVE   MY CASE   TO GIVE   ME   A   SOLUTION

DINIED   OR GRANDED,   I'M   VERY   OLD   AND   SICK

AND PLEASE HELP ME   TO RESOLVE   THIS   MATTER

AS A SOON   AS A POSSIBLE

THANK YOU   TAKING   UNDER   CONSIDERATION   THIS

PETION

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff   ____Zuhdi   Aousa_____

Mailing Address   ____5954   MADISON   STREET____

____Apt 1____

____RIDGEWOOD, NY   11385____

Telephone Number   (718) 628 1828

Fax Number *(if you have one)* (718)417 3175

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number   _____

*Rev. 05/2010*

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: _07 4 6 55 403_

On _2/5/12_ you were interviewed by USCIS officer _Shin_

- [ ] You passed the tests of English and U.S. history and government.
- [ ] You passed the tests of U.S. history and government and the English language requirement was waived.
- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to [ ] speak/ [ ] read/ [ ] write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on Form N-14.
- [x] USCIS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your [ ] English ability/ [ ] knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) [ ] **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) [ ] **A decision cannot yet be made about your application.**

**It is very important that you:**
- [x] Notify USCIS if you change your address.
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**PROPER ATTIRE SHOULD BE WORN:**
The naturalization ceremony is a solemn and meaningful event. Please dress in proper attire to respect the dignity of this event (please no jeans, shorts or flip flops).

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

[x] Go home        [ ] wait on second floor lobby

Form N-652 (Rev. 08/20/07)N